720

## Commonwealth v. McNally, Appellant.

Submitted June 9, 1975. *J. Eric Atherholt* and *John S. Thome, Jr.,* Assistant Public Defenders, for appellant; *Peter F. Schenck,* Assistant District Attorney, *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Miller, Appellant.

Submitted March 10, 1975. *Hugh S. Rebert,* Assistant Public Defender, for appellant; *J. Christian Ness* and *David B. Schaumann,* Assistant District Attorneys, and *Donald L. Reihart,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Miller, Appellant.

Submitted June 10, 1975. *Mitchell S. Lipschutz,* for appellant; *Hugh J. Colihan, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.